■   LEON A. CLIFFORD et al., Respondents, v. CARROLS NEW YORK DEVELOPMENT CORP., Appellant.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: In affirming we do not reach or pass upon any question which may arise if and when the Statute of Frauds is pleaded as an affirmative defense. (Appeal from order of Oneida Special Term, denying defendant's motion to dismiss the complaint.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.